IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STC.UNM,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>             Defendant. | CASE NO. 6:19-cv-428-ADA |

**DECLARATION OF JOHN M. GUARAGNA IN SUPPORT OF APPLE INC.'S
MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

I, John M. Guaragna, hereby declare as follows:

1.     I am an attorney at DLA Piper LLP (US), counsel of record in this action for Defendant Apple Inc.  I am a member of the Bar of the State of Texas and have been admitted to practice before this Court.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     Attached as Exhibit 1 is a true and correct copy of the Memorandum Order and Opinion [Dkt. 104] in *Uniloc v. Apple*, 2:17-CV-00258 (EDTX), granting Apple's Inc.'s Motion to Transfer Venue to the Northern District of California.

3.     Attached as Exhibit 2 is a true and correct copy of IEEE Standards Association – Contact Us website page retrieved on October 28, 2019 from https://standards.ieee.org/content/ieee-standards/en/about/contact/index.html.

4.     Attached as Exhibit 3 is a true and correct copy of STC.UNM's staff members listing retrieved on October 28, 2019 from https://stc.unm.edu/about/staff/.

5.     Attached as Exhibit 4 is a true and correct copy of STC.UNM's list of Board of Directors retrieved on October 28, 2019 from https://stc.unm.edu/about/boardofdirectors/.

1

2

6.      Attached as Exhibit 5 is a true and correct copy of STC.UNM's website page on Mr. David W. Gibson retrieved on October 28, 2019 from https://stc.unm.edu/about/boardofdirectors/gibson/.

7.      Attached as Exhibit 6 is a true and correct copy of STC.UNM's website page on Pedro F. Suarez, Esq. retrieved on October 28, 2019 from https://stc.unm.edu/about/boardofdirectors/suarez/.

8.      Attached as Exhibit 7 is a true and correct copy of STC.UNM's website page on Elizabeth (Lisa) J. Kuuttila retrieved on October 28, 2019 from https://stc.unm.edu/about/staff/kuuttila/.

9.      Attached as Exhibit 8 is a true and correct copy of search results for non-stop flights in October 2019 from San Jose International Airport (SJC) to Dallas (DFW) retrieved on October 28, 2019 using Google Flights https://www.google.com/flights/.

10.     Attached as Exhibit 9 is a true and correct copy of search results for non-stop flights in October 2019 from Albuquerque (ABQ) to the NDCAL retrieved on October 28, 2019 using Google Flights https://www.google.com/flights/.

11.     Attached as Exhibit 10 is a true and correct copy of search results for non-stop flights in October 2019 from Taiwan (TPE) to San Francisco (SFO) retrieved on October 28, 2019 using Google Flights https://www.google.com/flights/.

12.     Attached as Exhibit 11 is a true and correct copy of Qualcomm's website listing its headquarters located in San Diego, California retrieved on October 28, 2019 from https://www.qualcomm.com/contact.

13. Attached as Exhibit 12 is a true and correct copy of the Linkedin page of Richard Chae, listing the current location as San Francisco Bay Area retrieved on October 28, 2019 from https://www.linkedin.com/in/richardchae/.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 1st day of November, 2019, in Austin, Texas.

>    */s/ John M. Guaragna*
>    John M. Guaragna